UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, | Case No. 5:14-cv-01063-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 21)** |
| KOSLOWSKI RENTALS, INC. et al., | |
| Defendants. | |

The parties have filed a notice of settlement in this case.[1]  The court therefore vacates the pre-trial conference and trial dates.  The parties shall file a notice of dismissal within forty-five days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 21 at 1 ("Did the case settle?  Yes, fully").

1
Case No. 5:14-cv-01063-PSG
ORDER TO SHOW CAUSE